**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

National Review Inc.
19 West 44th Street
Suite 1701
New York, N.Y. 10036

        Plaintiff,

   v.

Office of Management and Budget
725 17th St., NW
Washington, DC 20503

        Defendant.

**COMPLAINT**

1. Plaintiff, National Review, brings this complaint by and through undersigned counsel against Defendant, Office of Management and Budget ("OMB"), for violation of the Freedom of Information Act ("FOIA") (5 U.S.C. § 552). National Review is a news site covering government, global, and political news. As laid out in more detail below, National Review submitted a FOIA request to OMB on September 10, 2025, seeking records regarding the Biden Administration's efforts to forgive, waive or otherwise modify student loans pursuant to either the Higher Education Relief Opportunities for Students Act of 2003 ("HEROES Act") (20 U.S.C. § 1098aa *et seq*.) or any other statute or authority. OMB did not produce any responsive records.

2. OMB is the custodian of records that are responsive to National Review's FOIA request. OMB failed to produce any responsive records. No reason was given for OMB's constructive denial of National Review's FOIA request.

3. National Review seeks injunctive and declaratory relief as well as an award of costs and fees pursuant to FOIA's fee-shifting provision (5 U.S.C. § 552(a)(4)(E)).

## VENUE AND JURISDICTION

4. This Court is the proper venue pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

5. This Court has jurisdiction over this matter pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, 2202.

## PARTIES

6. Plaintiff, National Review Inc., is a corporation formed under the laws of New York. National Review's principal place of business is located at 19 West 44th Street, Suite 1701, New York, NY 10036. National Review produces a conservative political magazine and maintains a website on which it publishes articles regarding public policy.

7. Defendant, Office of Management and Budget, is a Federal agency that is *sui juris*. Office of Management and Budget is part of the Federal government with its principal office located at 725 17th St., NW Washington, DC 20503.

## FACTUAL ALLEGATIONS

### A. Background

8. National Review was founded in 1955 as a "magazine of conservative opinion." National Review has published articles about actions and policies of the U.S. Government for more than seven decades. It publishes a magazine twelve times a year and remains an influential source of news and opinion. It publishes a constant stream of online news and opinion on its website Nationalreview.com.

2

9. National Review reports extensively on U.S. Politics & Policy. National Review's politics and policy articles can be found at https://www.nationalreview.com/politics-policy/.

10. During the Biden Administration, the Federal Government made unprecedented efforts to forgive, modify or waive student loans.

11. More specifically, on August 24, 2022, the White House released a Fact Sheet announcing the Biden Administration's "three-part plan" to forgive, waive, and modify student loans. The Fact Sheet designated the Department of Education as the entity responsible for implementing President Biden's plan to provide targeted debt relief. The Fact Sheet can be found at https://bidenwhitehouse.archives.gov/briefing-room/statements-releases/2022/08/24/fact-sheet-president-biden-announces-student-loan-relief-for-borrowers-who-need-it-most/. In August of 2022, according to U.S. News & World Report:

> The Biden Administration announced…a plan to cancel up to $20,000 in federal student loan debt, which would affect many of the nearly 43 million Americans who borrowed to attend college.

This article can be found at https://www.usnews.com/education/best-colleges/articles/federal-student-loan-forgiveness-your-questions-answered.

12. According to the Veteran Administration's website:

> On Oct. 4, 2023, President Biden announced that an additional 125,000 Americans have been approved for $9 billion in debt relief through fixes the U.S. Department of Education has made to income-driven repayment (IDR) and Public Service Loan Forgiveness (PSLF), and granting automatic relief for borrowers with total and permanent disabilities. The latest announcement brought the total approved debt cancellation by the administration to $127 billion for nearly 3.6 million Americans.

This article can be found at website https://news.va.gov/125779/president-biden-announces-an-additional-9-billion-in-student-debt-relief-for-125000-americans/.

13. National Review's research suggests that, unsurprisingly, OMB played a significant role in the Biden Administration's efforts to forgive student loans. Indeed, an article in Politico supports Nationals Review's suggestion that OMB's Director Shalanda Young was directly involved in the efforts to forgive student loans. The Politico article can be found at https://www.politico.com/news/2023/05/31/senate-advances-repeal-biden-student-debt-relief-00099427.

**B.  National Review's FOIA Request on September 10, 2025**

14. On September 10, 2025, National Review submitted a FOIA request to OMB by email and mail. National Review asked that its FOIA request be expedited.

15. In its FOIA request, National Review requested all records and communication related to the effort by the Biden Administration to forgive, waive or otherwise modify student loans.

16. More specifically, National Review seeks in part:

    1. All records related to the effort by the Biden Administration to forgive, waive or otherwise modify student loans pursuant to either the Higher Education Relief Opportunities for Students Act of 2003 (HEROES Act) (20 U.S.C. § 1098aa *et seq.*) or any other statute or authority.

    2. All communications sent or received by former Office of Management and Budget Director Shalanda Young regarding efforts by the Biden administration to forgive, waive or otherwise modify student loans pursuant to either the HEROES Act (20 U.S.C. § 1098aa *et seq.*) or any other statute or program.

    3. All communication related to the effort by the Biden Administration to forgive, waive or otherwise modify student loans pursuant to either the Higher Education Relief Opportunities for Students Act of 2003

(HEROES Act) (20 U.S.C. § 1098aa *et seq*.) or any other statute or program exchanged between Director Shalanda Young or any member of the Office of Management and Budget and any of the following persons:

- a. Chief of Staff Ron Klain
- b. Senior Advisor Mike Donilon
- c. Secretary of Education Miguel Cardona
- d. Director of the Domestic Policy Council Susan Rice
- e. Director of the Domestic Policy Council Neera Tanden
- f. Counselor to the President Steve Ricchetti

4. All communications exchanged between the Office of Management and Budget and the organizations listed below regarding the effort by the Biden Administration to forgive, waive or otherwise modify student loans pursuant to either the Higher Education Relief Opportunities for Students Act of 2003 (HEROES Act) (20 U.S.C. § 1098aa *et seq*.) or any other statute or program.

- a. The Legal Aid Society of Cleveland & Student Borrower Protection Center
- b. Student Borrower Protection Center

5. All communications exchanged between the Office of Management and Budget and the individuals listed below regarding the effort by the Biden Administration to forgive, waive or otherwise modify student loans pursuant to either the Higher Education Relief Opportunities for Students Act of 2003 (HEROES Act) 20 U.S. Code § 1098aa et seq. or any other statute or program.

- a. George Miller (former U.S. Representative for California)
- b. Fenaba Addo (Associate Professor of Public Policy, UNC-Chapel Hill)
- c. Alan Aja (Professor and Department Chairperson of Puerto Rican and Latino Studies, Brooklyn College)

17. In its FOIA request, National Review provided a list of more than 60 third parties that National Review believes OMB may have communicated with regarding the Biden Administration's effort.

18. The FOIA request is limited to January 20, 2021, to January 20, 2025

19. OMB assigned the FOIA request the tracking number 2025-1893.

20. Other than assigning the request a tracking number, OMB did not respond to National Review's FOIA request.

21. OMB did not produce any records responsive to National Review's FOIA request or assert any exemptions.

22. OMB's FOIA request acknowledgement email failed to clearly state whether OMB would or would not comply with National Review's request as required by 5 U.S.C. § 552(a)(6)(A)(i).

## COUNT ONE: VIOLATION OF FOIA

23. Paragraphs 1 through 21 are realleged here as if set forth in full.

24. National Review submitted a valid FOIA request on September 10, 2025, to OMB. In its request, National Review provided a legally adequate description of the records it seeks.

25. OMB is the custodian of records that are responsive to National Review's September 10, 2025 FOIA request.

26. OMB did not conduct a legally adequate search for records that are responsive to National Review's FOIA request.

27. OMB did not produce any records responsive to National Review's September 10 2025 FOIA request. National Review's FOIA request provided more than ample information for OMB to search for and produce responsive records.

28. OMB constructively denied National Review's September 10, 2025 FOIA request.

29. National Review constructively exhausted its administrative remedies because OMB did not comply with 5 U.S.C. § 552(a)(6)(A)(i).

30. National Review exhausted its administrative remedies and constructively exhausted its administrative remedies.

31. OMB, therefore, violated the Freedom of Information Act (5 U.S.C. § 552).

**RELIEF SOUGHT**

32. For the foregoing reasons, Plaintiff respectfully asks this Court for:

    a.   A declaration that OMB violated FOIA;

    b.   An injunction ordering OMB promptly to produce all records that are responsive to National Review's FOIA request;

    c.   An award of costs and fees pursuant to 5 U.S.C. § 552(a)(4)(E);

    d.   Any other relief that the Court finds to be just.


Respectfully submitted,

 /s/ Don Padou                                Dated: November 19, 2025
DON PADOU
D.C. Bar No. 1005434
P.O. Box 659
Murphys, CA. 95247
202-664-4395
Padou@PadouLaw.com