IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL REVIEW INC.,<br>*Plaintiff*,<br>v.<br>OFFICE OF MANAGEMENT AND BUDGET,<br>*Defendant*. | Case No. 1:25-cv-04043 |

**JOINT STATUS REPORT**

Pursuant to the Court's January 22, 2026, Minute Order, National Review Inc. ("Plaintiff") and Office of Management and Budget ("Defendant") have conferred regarding a schedule for dispositive briefing, and jointly propose the following status report:

1. This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted to Defendant on September 10, 2025.

2. Defendant reports that it conducted its initial partial search of records. More than 1,500 documents consisting of more than 10,000 pages resulted from this partial initial search. Defendant is not yet able to estimate when it will complete its search for responsive records.

3. Both parties viewed this number of documents and pages as probably including records that are not of interest to Plaintiff. Therefore, the parties negotiated to exclude documents that are not of interest from the search. Negotiations began and ended on Friday, April 3, 2026.

4. Since the last status report, Defendant reports that it conducted an initial search based on criteria Defendant believes are reasonable, including custodians, terms, date ranges, and

repositories. Defendant proposed excluding certain categories of documents, and Plaintiff responded, as detailed below.

5. On April 3, 2026, Defendant provided an update to Plaintiff on Defendant's search for responsive records. Defendant reported that it had identified 14 custodians reasonably likely to maintain responsive records. Defendant also provided its search terms.

6. Plaintiff agrees that, based on the information currently available to Plaintiff, the list of custodians identified by Defendant and the search used by Defendant are reasonable.

7. Also on April 3, 2026, Defendant proposed excluding certain categories of documents identified in Defendant's "initial partial search" because the documents may not be of interest to Plaintiff. More specifically, Defendant proposed excluding: approximately 300 documents primarily consisting of internal news clip compilations and non-substantive OMB employee comments concerning the compilations, and approximately 200 documents that are duplicates. Plaintiff agreed to exclude internal news clip compilations and to exclude OMB employee commentary on the compilations, provided that such commentary is non-substantive, and to exclude duplicates, provided that the duplicates are exact copies of records that have been produced or excluded pursuant to agreement.

8. Defendant also suggested excluding "unsent draft emails left in custodians' email drafts folder" arguing that such records are either unresponsive or exempt under the deliberative process exemption. Plaintiff does not concede that the records are either unresponsive or exempt under the deliberative process exemption.

9. The parties will file another Joint Status Report on or before May 6, 2026, updating the Court on Defendant's search for and production of responsive records, as well as any future negotiations between the parties.

Dated: April 6, 2026

Respectfully submitted,

NATIONAL REVIEW INC.
By Counsel:

*/s/ Don Padou*
DON PADOU
D.C. Bar No. 1005434
P.O. Box 659
Murphys, CA. 95247
202-664-4395
Padou@PadouLaw.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Amanda L. Torres*
AMANDA L. TORRES
D.C. Bar No. 1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Amanda.Torres@usdoj.gov

*Attorneys for the United States of America*