IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL REVIEW INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Case No. 1:25-cv-04043 |

**JOINT STATUS REPORT**

Pursuant to the Court's January 22, 2026, Minute Order, National Review Inc. ("Plaintiff") and Office of Management and Budget ("Defendant") have conferred regarding a schedule for dispositive briefing, and jointly propose the following status report:

1. This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted to Defendant on September 10, 2025.

2. In April's status report, the parties reported Defendant identified 14 custodians reasonably likely to maintain responsive records. Defendant also provided its search terms.

3. Plaintiff agreed that, based on the information currently available to Plaintiff, the list of custodians identified by Defendant and the search used by Defendant are reasonable.

4. Defendant proposed excluding certain categories of documents identified in Defendant's "initial partial search" because the documents may not be of interest to Plaintiff. More specifically, Defendant proposed excluding: approximately 300 documents primarily consisting of internal news clip compilations and non-substantive OMB employee comments concerning the compilations, and approximately 200 documents that are duplicates. Plaintiff agreed to exclude

internal news clip compilations and to exclude OMB employee commentary on the compilations, provided that such commentary is non-substantive, and to exclude duplicates, provided that the duplicates are exact copies of records that have been produced or excluded pursuant to agreement.

5. Defendant also suggested excluding "unsent draft emails left in custodians' email drafts folder" arguing that such records are either unresponsive or exempt under the deliberative process exemption. Plaintiff does not concede that the records are either unresponsive or exempt under the deliberative process exemption.

6. On May 5, 2026, Defendant conveyed to Plaintiff that, based on an initial review of the search results, a vast majority of the information contained in the records are likely to be exempt from disclosure. Therefore, the parties are considering further narrowing proposals.

7. The parties will file another Joint Status Report on or before June 9, 2026, updating the Court on the parties' narrowing efforts.

Dated: May 6, 2026

NATIONAL REVIEW INC.
By Counsel:

/s/ Don Padou
DON PADOU
D.C. Bar No. 1005434
P.O. Box 659
Murphys, CA. 95247
202-664-4395
Padou@PadouLaw.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Amanda L. Torres*
AMANDA L. TORRES
D.C. Bar No. 1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Amanda.Torres@usdoj.gov

*Attorneys for the United States of America*