IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL REVIEW INC.,<br>*Plaintiff*,<br>v.<br>OFFICE OF MANAGEMENT AND BUDGET,<br>*Defendant*. | Case No. 1:25-cv-04043 |

**JOINT STATUS REPORT**

Pursuant to the Court's May 6, 2026, Minute Order, National Review Inc. ("Plaintiff") and Office of Management and Budget ("Defendant") have conferred regarding a schedule for dispositive briefing, and jointly propose the following status report:

1. This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted to Defendant on September 10, 2025.

2. In April's status report, the parties reported that they had agreed the list of custodians identified by Defendant and the search used by Defendant are reasonable.

3. In May's status report, the parties reported that they had agreed to exclude certain records, such as news clips, and that they were considering additional narrowing proposals.

4. In June's status report, the parties reported that they needed additional time to scope the search results.

5. The parties report Defendant has provided Plaintiff with the exact search conducted for purposes of review and further scoping or narrowing.

6. Therefore, the parties propose filing another Joint Status Report on or before August 10, 2026.

Dated: July 9, 2026

NATIONAL REVIEW INC.
By Counsel:

*/s/ Don Padou*
DON PADOU
D.C. Bar No. 1005434
P.O. Box 659
Murphys, CA. 95247
202-664-4395
Padou@PadouLaw.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Amanda L. Torres*
AMANDA L. TORRES
D.C. Bar No. 1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Amanda.Torres@usdoj.gov

*Attorneys for the United States of America*