IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL REVIEW INC.,<br>*Plaintiff*,<br>v.<br>OFFICE OF MANAGEMENT AND BUDGET,<br>*Defendant*. | Case No. 1:25-cv-04043 |

**JOINT STATUS REPORT**

Pursuant to the Court's July 17, 2026 Minute Order, Plaintiff, National Review Inc. ("Plaintiff") and Office of Management and Budget ("Defendant") have conferred regarding a schedule for dispositive briefing, and jointly provide the following status report:

1. This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted to Defendant on September 10, 2025.

2. Pending before the Court is Plaintiff's Motion for Leave to File a Motion for Partial Summary Judgement. A copy of Plaintiff's Motion for Partial Summary Judgment is attached to Plaintiff's Motion for Leave.

3. Defendant's response to Plaintiff's Motion, Defendant's Motion to Stay Consideration of Premature Motion for Summary Judgment, is also pending.

4. On August 7, 2026, Plaintiff filed its opposition to Defendant's Motion for a Stay.

5. Therefore, the parties propose filing another Joint Status Report on or before September 25, 2026.

Dated: August 10, 2026

Respectfully submitted,

NATIONAL REVIEW INC.
By Counsel:

*/s/ Don Padou*
DON PADOU
*Counsel for Plaintiff*
The Law Office of Don Padou
D.C. Bar No. 1005434
P.O. Box 659
Murphys, CA. 95247
202-664-4395
Padou@PadouLaw.com

*Counsel for the Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Amanda L. Torres*
AMANDA L. TORRES
D.C. Bar No. 1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Amanda.Torres@usdoj.gov

*Attorneys for the United States of America*